ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184475
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    Email: Dennis.Hanna@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NANCY JO HERNANDEZ, <br><br>    Plaintiff, <br><br>  vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br>    Defendant | No.: 5:11-cv-01568-JC <br><br> **ORDER OF DISMISSAL** |

    Pursuant to the parties' stipulation to reopen this case for the purpose of entering a dismissal and the Court's order reopening the case, it is hereby ordered that this case is dismissed without prejudice, with each party to bear its own costs and fees, including attorney fees.

Dated:    May 3, 2013        _____/s/_____
                                                HON. JACQUELINE CHOOLJIAN
                                                United States Magistrate Judge